

Exhibit 1 to the Complaint



# SONGS FOR THE NURSERY SCHOOL

One hundred and fifty-nine songs
embracing activities for two-year
olds, tone games, finger plays, trans-
portation, songs about animals, songs
about water, songs of the seasons,
nursery rhymes, songs for rest-
time and an interesting group of
twenty-nine miscellaneous songs.

*By*

## LAURA PENDLETON MacCARTENEY

Illustrations by
### PETER PERRINE

*Published by*

## THE WILLIS MUSIC COMPANY
### CINCINNATI, OHIO

Copyright, MCMXXXVII, by The Willis Music Co.

Exhibit 1 to the Complaint

САТ

# 46. Warm Kitty

Edith Newlin

English Folk-Tune
(Adapted)



*Children curl up on floor, sitting on knees and with head tucked under by knees.   Be sure the backs are soft and round.   The teacher may roll them over or they may roll themselves over.   Excellent relaxing exercise.*

# 47. By the Fire Pussy's Lying

Roberta Whitehead

Russian Folk-Tune



*Alternate words — "Music's over till tomorrow, Tiptoe get your shoes — Quick!"*

W.M.Co. 5627

Page 4 of 4

Exhibit 1 to the Complaint

# COPYRIGHT OFFICE OF THE UNITED STATES OF AMERICA

### RECORD OF THE FILING OF COPYRIGHT DEPOSITS UNDER THE ACT OF MARCH 4, 1909

Year _1937_
Entry Number _65 Thousand_ _3 Hundred_ _And_

## CLASS E.—MUSICAL COMPOSITIONS (U. S. PUBLISHED)

| No. | DATE OF RECEIPT OF TWO COPIES | TITLE | CLAIMANT, DATE OF PUBLICATION, ETC. |
|---|---|---|---|
| 30 | Nov 13 1937 | Missa defunct. Words: Liturgy of the Roman Catholic Church. Music by Joseph J. McGrath, of U.S., Op. 23 S T B with Organ acc. | McLaughlin & Reilly Company 100 Boylston St., Boston, Mass. Nov 1, 1937 |
| 31 | Nov 13 1937 | Missa et absolutio pro defunctis. Mass for the Dead and Chants for the Burial Service. Harmonized by Achille P. Bragers, of U.S. Words: Liturgy of the Roman Catholic Church. | McLaughlin Reilly Company 100 Boylston St., Boston, Mass. Nov 1, 1937 |
| 32 | Nov 15 1937 | Three Christmas Carols (15th Century England) I. Sing of a Maiden (and for altos) Two Choruses of Triple Voice a cappella. Text traditional. Settings by Donald A. Sellew, of U.S. | The Willis Music Company 137 West Fourth St., Cincinnati, Ohio. Nov 12, 1937 |
| 33 | Nov 16 1937 | Sacred Songs. Copyright in chorus, or new piano arrangement and guitar chords by Belmont Music Co., of U.S. | Belmont Music Co. 3411 W. Chicago Ave., Chicago, Ill. Nov 12, 1937   R 354391 |
| 34 | Nov 15 1937 | 'Tis Love That Won This Day. Words by Anna Helen Breitigam. Music by J. Charles McNeil, of U.S. | Anna Helen Breitigam 324 Ave. F, Forest Hills Boro, Wilkinsburg, Pa. Nov 12, 1937 |
| 35 | Nov 15 1937 | At Home as Day for 'Cello. A First Book for Violoncello Instruction in Group, Public School Classes or Individual Lessons. By C. Paul Herfurth, of U.S. | The Boston Music Company 116 Boylston St., Boston, Mass. Nov 13, 1937   R-349703 |
| 36 | Nov 15 1937 | At Home as Day for Viola. A First Book for Viola Instruction in Group, Public School Classes or Individual Lessons. By C. Paul Herfurth, of U.S. | The Boston Music Company 116 Boylston St., Boston, Mass. Nov 13, 1937   R-349704 |
| 37 | Nov 17 1937 | Songs for the Nursery School. Words and Music by Laura Pendleton MacCartney, of U.S. Illustrations by Peter Arrivo. | The Willis Music Company 137 West Fourth St., Cincinnati, Ohio. June 21, 1937   R-339640 |
| 38 | Nov 13 1937 | Can't Teach My Old Heart New Tricks. From Picture "Hollywood Hotel." Lyric by Johnny Mercer. Music by Richard A. Whiting, of U.S. | Harms Incorporated 1250 Sixth Ave., New York, N.Y. Nov 12, 1937   R-361168   R-356022   R-343455 |
| 39 | Nov 13 1937 | The Song the Angels Sang. Sacred Song. High in F. Words by Edith Livingston Convery. Music by Herbert Ralph Ward, of U.S. | Edward Schuberth & Co., Inc. 11 E. 22nd St., New York, N.Y. Nov 11, 1937 |

Exhibit 2 to the Complaint

Page 1

## Application for Registration of a Claim to Renewal Copyright

**FORM R**

REGISTRATION NO.

R **339640**

DO NOT WRITE HERE

**Instructions:** Make sure that all applicable spaces have been completed before you submit the form. The application must be *signed* at line 8. For further information, see page 4.

Pages 1 and 2 should be typewritten or printed with pen and ink. Pages 3 and 4 should contain exactly the same information as pages 1 and 2, but may be carbon copies.

Mail all pages of the application to the Register of Copyrights, Library of Congress, Washington 25, D. C., together with the registration fee of $2. Make your remittance payable to the Register of Copyrights.

**1. Renewal Claimant(s), Address(es), and Statement of Claim:** Give the full name(s) and mailing address(es) of the claimant(s) of the renewal copyright. State the statutory category of each renewal claimant. It must be one of the categories described on page 4.

(a) Name ........ Laura Pendleton MacCarteney

Address ........ 3601 Idaho Ave. N.W.,   Washington 16, D. C.

Claiming as ........ Author
(Use the appropriate statement appearing on page 4)

(b) Name ........

Address ........

Claiming as ........

(c) Name ........

Address ........

Claiming as ........

**2. (a) Title:** Give the full title of the work. In the case of music give specific instrumentation.

SONGS FOR THE NURSERY SCHOOL.   Words and Music by Laura Pendleton MacCarteney of the United States.   Illustrations by Peter Perrine

**(b) Renewable Matter:** If the work was a new version of a previous work, renewal may be claimed only in the new matter. If this work was a new version, state in general the new matter (e. g., arrangement, editing, illustrations, translation, etc.) upon which copyright was claimed.

**(c) Contribution to Periodical or Other Composite Work:** If the work was a contribution, give the title of the periodical or composite work in which it was published. ........

If periodical, give: Vol. ........; No. ........; Date ........

**Authors of Renewable Matter:** Give the names of all authors who contributed copyrightable matter to this version, but not the names of authors of previous versions. ........

**Facts of Original Registration:** The facts given here must agree with the Copyright Office records of the original registration.

Original registration number: Class ... E, pub ...; No. 65337

If registered as published, give date of publication ... June 21, 1937
(Month, day, and year)

If registered as unpublished, give date of registration ........
(Month, day, and year)

Original copyright claimant ... THE WILLIS MUSIC COMPANY
(Name of claimant in original registration)

*Complete all applicable spaces on next page*

Exhibit 3 to the Complaint                    Page 1 of 2

5. If registration fee is to be charged to a deposit account established in the Copyright Office, give name of account:

THE WILLIS MUSIC COMPANY

6. Name and address of person or organization to whom correspondence or refund, if any, should be sent:

Name .................................................... Address ....................................................

7. Send certificate to:

(Type or print name and address)

Name    THE WILLIS MUSIC COMPANY

Address    440 Main St.,
                                    (Number and street)

Cincinnati                2                    OHIO
(City)                    (Zone)              (State)

8. **Certification:** (NOTE: Application not acceptable unless signed)

I CERTIFY that the statements made by me in this application are correct to the best of my knowledge.

*Olivia Heringhaus*
(Signature)

## Application Forms

Copies of the following forms will be supplied by the Copyright Office without charge upon request.

Class A    Form A—Published book manufactured in the United States of America.

Class A or B    Form A–B Foreign—Book or periodical manufactured outside the United States of America (except works subject to the ad interim provisions of the copyright law).

Form A–B Ad Interim—Book or periodical in the English language manufactured and first published outside the United States of America.

Class B    Form B—Periodical manufactured in the United States of America.

Form BB—Contribution to a periodical manufactured in the United States of America.

Class C    Form C—Lecture or similar production prepared for oral delivery.

Class D    Form D—Dramatic or dramatico-musical composition.

Class E    Form E—Musical composition the author of which is a citizen or domiciliary of the United States of America or which was first published in the United States of America.

Form E Foreign—Musical composition the author of which is not a citizen or domiciliary of the United States of America and which was not first published in the United States of America.

Class F    Form F—Map.

Class G    Form G—Work of art or a model or design for a work of art.

Class H    Form H—Reproduction of a work of art.

Class I    Form I—Drawing or plastic work of a scientific or technical character.

Class J    Form J—Photograph.

Class K    Form K—Print or pictorial illustration.

Form KK—Print or label used for an article of merchandise.

Class L or M    Form L–M—Motion Picture.

Form R—Renewal copyright.

Form U—Notice of use of copyrighted music on mechanical instruments.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JUN 22 1964 | |
| Fee received<br><br> | |

Page 2

Exhibit 3 to the Complaint



Exhibit 4 to the Complaint

Page 1 of 4








The Big Bang Theory Soft Kitty Mug

The Big Bang Theory Soft Kitty Women's Junior Fit T-Shirt

The Big Bang Theory Sing Soft Kitty Women's Junior Fit T-Shirt

The Big Bang Theory Soft Kitty Women's Hoodie

$14.95 – BUY NOW

$24.95 – BUY NOW

$24.95 – BUY NOW

$59.95 – BUY NOW








The Big Bang Theory Soft Kitty Women's Robe

The Big Bang Theory Soft Kitty With Clip

EXCLUSIVE
The Big Bang Theory Soft Kitty Lyric Women's Hoodie

EXCLUSIVE
The Big Bang Theory Kitty Square Watch with Two Bands

$64.95 – BUY NOW

$12.95 – BUY NOW

$49.95 – BUY NOW

$22.97 – BUY NOW

Exhibit 4 to the Complaint



Exhibit 4 to the Complaint



Exhibit 4 to the Complaint

Page 4 of 4



Exhibit 5 to the Complaint



Exhibit 5 to the Complaint



Exhibit 5 to the Complaint





Exhibit 6 to the Complaint

Page 1 of 5



Exhibit 6 to the Complaint

Page 2 of 5



Exhibit 6 to the Complaint

Page 3 of 5



Exhibit 6 to the Complaint



## Special Offers and Product Promotions

Buy from TV Store Online:

- Save 10% on each participating item when you spend $50.00 or more on Qualifying items offered by TV Store Online. Enter code OPH38BXK at checkout. Here's how (restrictions apply)

## Product Description

Sheldon's sick-time lullaby "Soft Kitty" is immortalized on this grey, 100% cotton t-shirt from The Big Bang Theory, featuring the song's adorable lyrics printed with a happy cartoon cat. Wear the tee and who knows, maybe you won't have to sing (unless, of course, you want to).

Product Dimensions: 9 x 6 x 0.5 inches
Shipping Weight: 1 pounds (View shipping rates and policies)
ASIN: B004IPRWRC
Item model number: BTAS2106Total
Date first available at Amazon.com: January 11, 2011
Amazon Best Sellers Rank: #3,019 in Clothing (See Top 100 in Clothing)
Average Customer Review: ★★★★☆ ▾ 539 customer reviews
Would you like to give feedback on images?

## Sponsored Products Related To This Item (What's this?)

Page 1 of 3

      

Exhibit 6 to the Complaint

Page 5 of 5



Exhibit 7 to the Complaint



Page 2 of 3

Exhibit 7 to the Complaint



Exhibit 7 to the Complaint