Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chuck Lorre Productions, Inc. and Ripple Junction Design Co. was received by me on *(date)* January 5, 2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On March 24, 2016 I served the summons on Michelle Inouye Schultz, Esq., Senior Litigation Counsel, Warner Bros. Entertainment, Inc., 4000 Warner Blvd., Bldg 168, Burbank, CA 91522, who advised me that she was authorized to accept service on behalf of Defendants Chuck Lorre Productions, Inc. and Ripple Junction Design Co.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: March 24, 2016            /s/David B. Wolf
                                *Server's signature*

                                David B. Wolf, Attorney for Plaintiffs
                                *Printed name and title*

                                DavidWolfLaw pllc
                                60 East 42nd Street, Suite 4700
                                New York, NY 10165
                                *Server's address*

Additional information regarding attempted service, etc: