Buchwald, N.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN NEWLIN CHASE and MARGARET CHASE PERRY, <br><br> Plaintiffs, <br><br> -against- <br><br> WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. CONSUMER PRODUCTS, INC.; WARNER-OLIVE MUSIC LLC; WARNER BROS. HOME ENTERTAINMENT, INC.; CHUCK LORRE PRODUCTIONS, INC.; CBS CORPORATION; CBS CONSUMER PRODUCTS, INC.; TURNER BROADCASTING SYSTEM, INC.; FOX BROADCASTING COMPANY; FOX TELEVISION STATIONS, INC.; RIPPLE JUNCTION DESIGN CO.; and WILLIS MUSIC COMPANY, <br><br> Defendants. | Civil Action No. 1:15-CV-10063-NRB <br><br> STIPULATION [AND PROPOSED ORDER] EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #:_____ <br> DATE FILED: 05/13/2016 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time for the Defendants to answer, move or otherwise respond to the First Amended Complaint in the above-captioned action is hereby extended up to and including June 13, 2016.

There has been one previous request for an extension of time in connection with this matter that was granted on April 11, 2016.

Dated: New York, New York
May 12, 2016

DAVIDWOLFLAW PLLC

By: *David Wolf* /TJF
David B. Wolf
One Grand Central Place
60 East 42nd Street, Suite 4700
New York, New York 10165
(212) 485-9808
david@davidwolflaw.com

Zick Rubin (*Pro Hac Vice*)
Brenda Marshall Ulrich (*Pro Hac Vice*)
RUBIN & ULRICH, LLC
288 Walnut Street, Suite 230
Newton, MA 02460
(617) 965-9425
zrubin@rubinulrich.com
bulrich@rubinulrich.com

*Attorneys for Plaintiffs*

PRYOR CASHMAN LLP

By: _____
Tom J. Ferber
7 Times Square
New York, New York 10036
(212) 421-4100
tferber@pryorcashman.com

*Attorneys for Defendants*


SO ORDERED:

_____
Hon. Naomi Reice Buchwald
United States District Judge
5/12/16