UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN NEWLIN CHASE and MARGARET CHASE PERRY,<br><br>  Plaintiffs,<br><br>-against-<br><br>WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. CONSUMER PRODUCTS, INC.; WARNER-OLIVE MUSIC LLC; WARNER BROS. HOME ENTERTAINMENT, INC.; CHUCK LORRE PRODUCTIONS, INC.; CBS CORPORATION; CBS CONSUMER PRODUCTS, INC.; TURNER BROADCASTING SYSTEM, INC.; FOX BROADCASTING COMPANY; FOX TELEVISION STATIONS, INC.; RIPPLE JUNCTION DESIGN CO.; and WILLIS MUSIC COMPANY,<br><br>  Defendants. | Civil Action No. 1:15-CV-10063-NRB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance on behalf of Defendants Warner Bros. Entertainment Inc., Warner Bros. Consumer Products Inc., Warner-Olive Music LLC, Warner Bros. Home Entertainment Inc., Chuck Lorre Productions, Inc., CBS Corporation, CBS Consumer Products Inc., Turner Broadcasting System, Inc., Fox Broadcasting Company, Fox Television Stations, LLC, Ripple Junction Design Co., Inc., and Willis Music Company, and requests that copies of all notices and other papers in this case be sent to: Rebecca M. Siegel, Esq., 7 Times Square, New York, New York 10036 and to the e-mail address rsiegel@pryorcashman.com.

Dated: New York, New York
June 13, 2016

                                                    PRYOR CASHMAN LLP

                                                    By:    /s/ *Rebecca M. Siegel*
                                                             Rebecca M. Siegel
                                                7 Times Square
                                                New York, New York 10036
                                                (212) 421-4100
                                                rsiegel@pryorcashman.com

                                                *Attorneys for Defendants*