AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ELLEN NEWLIN CHASE and
MARGARET CHASE PERRY,

                              Plaintiff,                       15 **CIVIL** 10063 (NRB)

            -against-                               **JUDGMENT**

WARNER BROS. ENTERTAINMENT, INC.;
WARNER BROS, CONSUMER PRODUCTS,
INC.; WARNER-OLIVE MUSIC LLC; WARNER
BROS. HOME ENTERTAINMENT, INC.; CHUCK
LORRE PRODUCTIONS, INC.; CBS
CORPORATION; CBS CONSUMER PRODUCTS,
INC.; TURNER BROADCASTING SYSTEM, INC.;
FOX BROADCASTING COMPANY; FOX
TELEVISION STATIONS, INC.; RIPPLE
JUNCTION DESIGN CO.; and WILLIS MUSIC CO.,

                              Defendants.
------------------------------------------------------------------X

    Defendants having moved to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on March 27, 2017, having rendered its Memorandum and Order granting Defendants' motion to dismiss; and directing the Clerk of Court to dismiss this action, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 27, 2017, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           March 28, 2017

                                                         **RUBY J. KRAJICK**
                                                           Clerk of Court

                           BY:
                                                        _____
                                                           **Deputy Clerk**

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>1:15-cv-10063 | DATE FILED<br>December 28, 2015 | United States District Court<br>Southern District of New York<br>New York, NY |

| PLAINTIFF | DEFENDANT |
|---|---|
| Ellen Newlin Chase<br>Margaret Chase Perry | Warner Bros, Entertainment Inc.<br>Warner Bros. Consumer Products Inc.<br>Warner Bros. Home Entertainment, Inc.<br>Chuck Lorre Productions, INc.<br>CBS Corporation<br>CBS Consumer Products, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 E 65337 | Songs for the Nursery School | Laura Pendleton MacCarteney |
| 2 Renewal 339640 | Songs for the Nursery School | Laura Pendleton MacCarteney |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy